part

# UNITED STATES DISTRICT COURT

for the

US District of Oregon

Portland Division

| | | |
|---|---|---|
| CRUZ PALACIOS ROMERO | ) | |
| *Plaintiff(s)* | ) | Case No. 2:23-cv-01714-YY |
| -v- | ) | *(to be filled in by the Clerk's Office)* |
| | ) | |
| PATRICK MANEY, Provider | ) | |
| C. DIETER, RN, Nurse Manager | ) | |
| WARREN ROBERTS, Medical Director | ) | |
| J. BUGHER, Assistant Director | ) | |
| C. SCOTT, Nurse Manager | ) | |
| IRMA MENDOZA MONTOYA, Provider | ) | |
| *Defendant(s)* | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an



1 of 11

application to proceed *in forma pauperis*.

## I.    The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name:                                         Cruz Palacios Romero

All other names by which
you have been known:                  _____

ID Number:                                 23261288

Current Institution:                    Two Rivers Correctional Institution

Address:                                     82911 Beach Access Road

                                                 Umatilla OR 97882

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

### Defendant No. 1

Name:                                         Erin Reyes

Job or Title:                              Superintendent

Shield Number:                         _____

Employer:                                  Department of Corrections T.R.C.I.

Address:                                     82911 Beach Access Road

                                                 Umatilla OR 97882

                                                 ☒Individual capacity ☒Official capacity

### Defendant No. 2

Name:                                         Patrick Maney, Provider

Job or Title:                              C. DIETER, Nurse Manager

Shield Number:                         _____

2 *of 11*

part

| | |
|---|---|
| Employer: | <u>Two Rivers Correctonal Institution Health</u> |

**Defendant No. 3**

| | |
|---|---|
| Name: | <u>J Bughr/Warren Roberts</u> |
| Job or Title: | <u>Medical. Health Services</u> |
| Shield Number: | |
| Employer: | <u>Department of Corrections Health Services</u> |
| Address: | <u>82911 Beach Access Road</u> |
| | <u>Umatilla OR 97882</u> |
| | ☒Individual capacity ☒Official capacity |

**Defendant No. 4**

| | |
|---|---|
| Name: | C. SCOTT, Nurse Manager |
| | IRMA MENDOZA MONTOYA, Provider |
| Job or Title: | <u>Medical. Health Services</u> |
| Shield Number: | |
| Employer: | <u>Department of Corrections Health Services</u> |
| Address: | <u>82911 Beach Access Road</u> |
| | <u>Umatilla OR 97882</u> |
| | ☒Individual capacity ☒Official capacity |

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 US. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

**A.** Are you bringing suit against *(check all that apply)*:

☐Federal officials (a *Bivens* claim)

☐State or local officials (a§ 1983 claim)

**B.** Section 1983 allows claims alleging the "deprivation of any rights, `

_____

_____

**C.** Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____

_____

Page 1            of page 3 of 11

part

**D.** Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

_____

_____

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☒ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other (explain) _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**A.** If the events giving rise to your claim arose outside an institution, describe where and when they arose.

**07-26-2022 its been reported to the state on 12-11-2022 but the state hasn't**



medical indifference my rights have been violated in multiple occasions which has happened to the present day I have not been evaluated by a doctor skin specialist

## VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I want compensation, 7,000,000 million, for damages to my skin and trauma, emotional, mental and medical mistreatment and bad medical practice, I need a doctor, skin specialist to do tests and to give me a medical treatment adequate to treat repair the damage created by the medicine (Nortriptyline) and an adequate medical treatment for the g=fungus on my toe nails and skin.

**Page 1**          **page 5 of 11**



part

**C.** What date and approximate time did the events giving rise to your claim(s) occur?

<u>07-16-2023 TRCI-2022-07-107.</u>

**D.** What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

<u>The pill (Nortriptyline) That the provider Patrick Maney prescribed me for the pain in my column on 07-16-2022 intoxicated me, I almost died, my skin lost its color with white marks and extreme dryness of my skin that it even breaks, I'm traumatized to see day after day how my skin breaks and bleeds 24 hours a day, my colorless skin, it's a damage that has been proved was created by the pill (Nortriptyline) on the 1st day 05-23-2023 that I was given the pill (Nortriptyline) 75 mg. it caused a damaging reaction to my body, I sent a medical communication to the provider Patrick Maney telling him about the pill (Nortriptyline) it's giving me damaging reactions to my body, Maney ignored my agony and suffering I've spent some nights of terror, about to die the pill (Nortriptyline) intoxicated me with this notice I claim that I am a victim of Medical indifference by the Medical team at TRCI and that my Federal rights and under the constitution of being free of cruelty have been violated multiple times, which has gone on until the present, they are violating the 8th Amendment of the United States Constitution and Article 1 Sections 16 and 23 of the Oregon constitution.</u>

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I have Fungi in my whole body and its eating my skin and it itches a lot, and I also have fungus on my toe nails, I already showed my body and toe nails to the medical team at TRCI and they've seen how the fungus is eating my toe nails and the skin on my body I've asked and solicited Medication many times for the fungus the medical team has refused to give me medical treatment and verbally the medical team from TRCI has told me that I'm Hispanic and have no rights. Medical treatment. I depend totally on Erin Reyes and the medical Team to receive medical treatment and adequate protection refusing to give me a medical treatment, they are violating the 8th amendment of the United States constitution and article 1 sections 16 and 23 of the Oregon constitution, I've been a victim of

**answered to risk management**
**The day of 12-11-2022 I sent (2 Pgs.) of the Tort Claim notice the insident of**
**the 07-16-2022 TRCI-07-107 and copies of the medical kyte, grievance form,**
**grievance response form,grievance appeal form grievance appeal response**
**form the total of copies was 21 to this address Enterprise goods and services**
**risk management P.O. Box 12009 Salem OR 97309-0009 and up to now I**
**haven't**

**B.** If the events giving rise to your claim arose in an institution, describe where and when
they arose.

**On 08-16-2023 I sent ( 4 Pages ) of tort claim notice of grievance 03-**
**08-2023 TRCI-2023-03-064 to Risk Management and as of today they haven't**
**sent me the claim number.**

Page 4 of 11

part

## VII.    Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

**A.**    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒Yes

☐No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

<u>Two Rivers Correctional Institution</u>

**B.**    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒Yes

☐No

☐Do not know

**C.**    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒Yes

☐No

☐Do not know

If yes, which claim(s)? _____

**D.**    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☒Yes

☐No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐Yes

☒No

**E.** If you did file a grievance:

**1.** Where did you file the grievance?

Two Rivers Correctional Institution

**2.** What did you claim in your grievance?

I need to go to the Hospital so that skin specialist can see me, and give me a medical treatment to fix the damage created by the medicine (Nortriptyline)

**3.** What was the result, if any? The Medical team TRCI refuses to take me to the Hospital so that a Skin Doctor can see me and give me a medical treatment to repair the damage created by the medicine (Nortriptyline) and they refuse to give me a treatment for fungus

**4.** What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

10

7 of 11

part

I filled out many Grievances 07-16-2022 (2 pgs.) Grievance response form 08-02-2022 (1 pg.) 1st Grievance appeal form 08-09-2022 (3 pgs.) initial Grievance appeal Response 09-07-2022 2nd Grievance appeal form 09-13-2022 (1 pg.) Final grievance appeal response TRCI-2022-07-107-AA (1 pg.) Grievance 03-08-2023 (3 pgs.) Grievance Response form 04-21-2023 (1 pg.) Grievance Appeal form 05-15-2023 (3 pgs.) initial Grievance response 06-07-2023 (1 pg.) Grievance Appeal Form 06-15-2023 (3 pgs.) final grievance response 07-10-2023 TRCI-2023-03-064 AA (1 pg.) Grievance form 05-31-2023 (2 pgs.) Grievance appeal form 07-12-2023 TRCI-2023-06-049A (2 pgs.) Tor Claim notice date signed 12-11-2022 (2 pgs.) Tort Claim notice date signed 08-16-2023 (4 pgs.)

Page 1      page 7 of 11



F.  If you did not file a grievance:

      i.  If there are any reasons why you did not file a grievance, state them here:

———————————————————————————
———————————————————————————

      ii.  If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

———————————————————————————
———————————————————————————

b.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

<u>Attached are the exhibits that are included in the grievance</u>

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.) grievance 07-16-2022 2 pgs. Grievance response 1 pg. initial 1st and 2nd appeal TRCI-2022-07-107 (9 pgs.) grievance 03-08-2023 (3 pgs.) Grievance response 1st and 2nd appeal (8 pgs.) TRCI-2023-03-064AA Grievance 05-30-2023 (2 pgs.) Initial (9 pgs.) 1st and 2nd appeal (12 pgs.) Tort claim 07-16-2022(2 pgs.) 08-16-20023 Tort claim 03-08-2023 TRCI-2023-03-064 (4pgs.) 12-11-2022, Grievance form 05-31-2023 (2 pgs.) Grievance appeal form 07-12-2023, waiting on response from coordinator, Medical kyte,(13 pgs.) Medicine information sheet, Nortriptyline*

## G.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).




8 of 11

part

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible. _____

Page 1          page 8 of 11



A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

i. Parties to the previous lawsuit

Plaintiff(s): _____

Defendant(s): _____

ii. Court (*if federal court, name the district; if state court, name the county and State*)

_____

iii. Docket or index number

_____

iv. Name of Judge assigned to your case

_____

v. Approximate date of filing lawsuit

_____

vi. Is the case still pending?

☐ Yes

9 of 11

part

☐No

If no, give the approximate date of disposition. _____

vii. What was the result of the case? (*For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?*)

_____

_____

Page 1          page 10 of 11



## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11.20.2023

| | |
|---|---|
| Signature of Plaintiff | |
| Printed Name of Plaintiff | Cruz Palacios-Romero |
| Prison Identification # | 23261288 |
| Prison Address | 82911 Beach Access Road |
| | Umatilla          OR        97882 |
| | City          State      Zip Code |

### B.    For Attorneys

Date of signing:    _____

| | |
|---|---|
| Signature of Attorney | |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Address | |
| | City          State        Zip Code |
| Telephone Number | |
| E-mail Address | |

Form 39.010

# CERTIFICATE OF SERVICE

CASE NAME: _Palacios Romero_ v. _ERIN REYES, Supt_

CASE NUMBER: (if known) _____

COMES NOW, _Cruz Palacios Romero_____, and certifies the following:

That I am incarcerated by the Oregon Department of Corrections at Two Rivers Correctional Institution. (TRCI)

That on the _20_ day of _NOVEMBER_____, 20_23_, I personally gave Two Rivers Correctional Institution's e-filing service a true copy OF THE FOLLOWING:

1. u.s. District court, District of oregon 1000 sw third Avenue, suite 740 portland,
2. OR 97204-2902, Grievance form (7-page), Grievance Response form (3 pages),
3. Grievance Appeal form (8-pages), initial Grievance Appeal Response (3-pages),
4. Grievance Appeal form (6-pages), final Grievance Appeal Response (3-pages),
5. tort Claim notice (6-pages), Medical. AIC Communication form
6. (26-pages), Nortriptyline Capsules. patient medication (2-pages),
7. trust ACount statement (4-pages), CIVIL RIGHTS
8. (§ 1983) PACKET #47.171 (24 pages)
9.

_____
(Signature)

Print Name: _Cruz Palacios Romero_

SID #: _23261288_

_82911 Beach Access Rd_
_umatilla, OR 97882_

*Final Grievance Apical Response    10-03B*



Oregon
Tina Kotek, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

October 3, 2023

Cruz Palacios-Romero, SID # 23261288
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2023-06-049AA

Dear AIC Palacios-Romero:

This letter is in response to the above referenced grievance appeal in which you are requesting that health services send a tort claim in for you to DAS Risk Management.

I have reviewed your second grievance appeal, and I support the opinion of Dr. Warren Roberts, Chief Medical Director.

As mentioned in your appeal response, the initiation of the tort claim must be submitted by the individual pursuing the claim.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Thank you for addressing your concerns appropriately. This concludes the grievance review process for this matter.

Sincerely,

*Bethany Smith*

Bethany Smith, Business Operations Administrator
On behalf of J. Bugher, Assistant Director, Health Services

JB/dw

CC:    A. Eynon, Grievance Coordinator, TRCI

RECEIVED
OCT 05 2023
TRCI GRIEVANCE OFFICE

SENT
OCT 06 2023
TRCI GRIEVANCE OFFICE

Grievance # TRCI -2023 -06 -049 AA

*Official Use Only*  Resubmit

## GRIEVANCE APPEAL FORM

Name: Cruz Palacios Romero    23261288   10-3 B

Last       First       Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

estoy Apelando la respuesta de August. 3 - 2023 de la inicial Appeal de Grievance 5-31-2023 - en contra de Risk management. Cordinadora de tort Claim notice. Yo estoy en completo desacuerdo con A.Ynon. Grievance. coordinator. TRCI. porque Yo mande mi queja a RISK management coordinator tort Claim notice Y A. E Ynon Grievance Coordinador. lo mando al medico donde en mi queja original Yo escribid la direcion de Risk management. Cordinadora de tort Claim notice donde Yo estoy pidiendo que admitan revicion de acceso al proceso de enbestigacion por que? Risk management, no esta Contestando mis Cartas. el dia 5-31-2023. en la libreria legal le mande una copias de la Carta escrita a mano. a Enterprise Goods & services Risk management. Po Box 12009 Salem, oR 97309-0009, Telefono (503-373-7475) Yo no he resibido la Contestacion de la Carta. Yo son muchas Cortas que no me a Contestado le mando una copia escrita amano. que dise asid. el motibo de escribirle esta Carta

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Yo nesesito que admitan revicion de acceso al proceso de enbestigacion porque? Risk management. no esta Contestando mis Carta. Yo nesesito que me conteste el tort Claim notice del insidente del dia 7-16-2023

9-3-2023

Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED SEP 05 2023 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC ACCEPTED SEP 20 2023 TRCI GRIEVANCE OFFICE | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)*    CD 117C (11/2019)

Page: **2** of **2** (3 page limit)         Grievance # **TRCI - 2023 - 06 - 049 AN**

Official Use Only          Resubmit

## GRIEVANCE APPEAL FORM

Name: **Palacios Romero   Cruz**          **23261288**     **10 - 3 B**

Last          First          Initial          SID#          Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

es porque el dia.12-11-2022, le mande el tort claim notice del insididente del dia. 7-16-2022 TRCI 2022-07-107. Y copias de medical kites, grievance, grievance Appeal el total de las copias son 21 copias incluyendo el tort claim notice del incidente, Y asta el dia de oy Yo no he resibido la contestacion de Risk management. espero su contestacion lo mas pronto posible Y en español Y cuando me conteste mis tort claim notice que resibieron saquele copias quedense con las copias del tort claim notice que resibieron mandene los tort claim notice original junto con la carta de contestacion, yo nesesito que me mande todos los tort claim notice originales que an resibido Y escrievan en el sobve que tiene que ser abierto en presencia mia en frente de mi; Yo nesesito que esta grievance tienen que mandarlo a Risk management. Cordinator. tort claim notice, esta es la direccion. Enterprise Goods & Services Risk management. po Box 12009 salem, OR 97309-0009

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Yo nesesito que admitan revicion de acceso al proceso de en bestigacion porque? Risk management, no esta contestando mis carta. Yo nesesito que me conteste el tort claim notice del insidente del dia 7-16-2022

**9-3-2023**

Date          Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | SEP 05 2023 | SEP 20 2023 | |
| | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

_initial Grievance Appeal Response   CO-03 B_



**Oregon**

Tina Kotek, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

August 3, 2023

Cruz Palacios-Romero, SID # 23261288
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2023-06-049A

Dear AIC Palacios-Romero:

This letter is in response to the above referenced grievance appeal in which you are requesting that health services send a tort claim in for you to DAS Risk Management.

The initiation of the tort claim must be submitted by the individual pursuing this claim.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S.
Medical Director

WR/dw

CC:    A. Eynon, Grievance Coordinator, TRCI

RECEIVED
AUG 24 2023
TRCI GRIEVANCE OFFICE

SENT
AUG 24 2023
TRCI GRIEVANCE OFFICE

## GRIEVANCE APPEAL FORM

Name: palacios Romero Cruz    23261288    10-3 B
      Last        First        Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

I'm appealing the grievance Response form 7-10-2023 TRCI
2023-06-049, the response to grievance 5-31-2023. C. Dieter nurse
Manager Medical says "I have read your grievance in which
you are requesting that Health services admit revicess to process
investigation that you submitted to DAS Risk Management.
Health Services does not do this. This is a process that
you'll have to complete.; I'm in complete disagreement why?
Did C. Dieter nurse manager answer my Kyte? my grievance
I wrote my original grievance to Risk Management about the
Tort claims notice Salem, and I wrote their phone #
503-375-7475 and the address for Risk Management
(Enterprise foods & Services Risk Management, P.O. Box
12009 Salem OR 97309-0009, I'm asking to admit Revicion.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I need to admit access to revision of the process of investigation
to Risk Management of Tort Claim Notice of Salem OR 97309-0009
why are they not answering my letters?

7-12-2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 13 2023 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 20 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Case 2:23-cv-01714-YY    Document 2    Filed 11/20/23    Page 23 of 68
Page: _2_ of _2_ (3 page limit)    Grievance # TRCI - 2023 - 06 - 049A
Official Use Only          Resubmit

## GRIEVANCE APPEAL FORM

Name: **Palacios Romero Cruz**    SID# **23261288**    Cell/Block/Bunk # **10-3 B**
     Last         First         Initial

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

of access to the process of investigating, why is Risk
Management of the Tort Claim notices of Salem not answering
my letters? on 12-11-23 I sent the tort claim notice
of the incident from 7-16-2022 TRCI 2022-07-107
and copies of the Medical Kytes, grievance and
grievance appeals, the total of copies were 21 copies
including the Tort Claim notice of the incident, and
up to now I haven't received a response from
Risk Management, There are many Tort Claim Notices

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I need Risk Management Tort Claim Notice of Salem
OR 97309-0000 To answer my Tort Claim notice, and to make
copies and send me the Tort Claim notice originals proving they received

Date: 7-12-2023          Signature: [signature]

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUL 13 2023 TRCI GRIEVANCE OFFICE Date Stamp | ACCEPTED JUL 20 2023 TRCI GRIEVANCE OFFICE Date Stamp | |
| Date Stamp | | | Date Stamp |

## GRIEVANCE RESPONSE FORM

**TO BE FILLED OUT BY STAFF**                    **Grievance #: TRCI-2023-06-049**

TO:    Palacios-Romero, Cruz                    23261288
       Name of grievant                         SID #

FROM: C. Dieter                                 Nurse Manager
       Name of respondent                       Title

List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken – date/time?)

I have read your grievance in which you are requesting that Health Services "admit revision of access to process investigation" that you submitted to DAS Risk Management. Health Services does not do this. This is a process that you will have to complete.

**Do not type past this line**

7/10/2023
Date:                                                    Signature of Staff Member

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED JUL 1 0 2023 TRCI GRIEVANCE OFFICE | Sent to Inmate SENT JUL 1 0 2023 TRCI GRIEVANCE OFFICE | DuxetHaufer / Duuuua/Rll MSH Signature of Supervisor (Print/Sign) |
| Date Stamp | Date Stamp | Date Stamp | Distribution: White (Original grievance response form) |

CD117B (10/19)

Official Use Only                    Resubmit

**GRIEVANCE FORM**

Name: Palacios   Romero   Cruz        23261288        10-3 B
      Last         First      Initial      SID#       Cell/Block/Bunk #

Whom are you grieving: Risk Management, coordinator, tort Claim notice

Please provide the date/time of incident giving rise to grievance: 5-31-2023

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

el dia 5-31-2023 en la libreria legal mande una copia de la carta escrita a mano. a. Enterprise Goods & Services Risk management Po Box 12009 Salem, oR 97309-0009 Telefono: 503-373-7475 Yo no he resibido la Contestacion de la carta. Ya son muchas cartas que no me a contestado le mando una copia escrita amano porque en la libreria legal. las Cordinadoras. Se niegan a dorme copias. de indigente. estan violando la,ley de los Archivos publicos de el Estado de oregon. oRS 179.040 Y 423.020. disen. Los Suministros estan disponibles. Copias al uso de los reclusos en la biblioteca legal para la investigacion; La copia escrita amano dise asid. el motibo de es Cribirle esta carta es porque el dia. 12-11-2022. le mande el tort Claim notice del insdente del dia. 7-16-2022 TRCI-

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Yo nesesito que admitan revicion de acceso al proceso de enbestigacion porque? Risk Management. no esta Contestando mis cartas

6-8-2023
Date                                      Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 09 2023 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 06 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*        CD 117 (11/2019)

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: Palacios Romero Cruz    23261288    10-3 B
   Last      First    Initial     SID#     Cell/Block/Bunk #

Whom are you grieving: Risk Management Cordinator tort Claim notice

Please provide the date/time of incident giving rise to grievance: 5-31-2023

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

2022-07-107. 4 Coplas de Medical KYtes, grievance, grievance Appeal
el total de las copias son 21 copias incluyendo el tort Claim notice del
incidente, y asta el dia de oy yo no he resibido la Contestación de Risk
Management. espero su Contestacion lo mas pronto posble y en español
y Cuando me conteste mis tort Claim notice que resibieron
saquenle copias que dense con las copias del tort Claim notice
que resibieron mandene el tort Claim notice original junto con la
Carta de Contestación, yo nesesito que me manden todos los tort
Claim notice. originales que an resibido y escriban en el
sobre que tiene que ser abierto en presensla mia en frente de
Mi Gracias 5-31-2023 (app)
le mando una Copia delsobre de la  Carta que envie el dia 5-31-23

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Yo nesesito que admitan revicion de acceso al proceso de
enbestigacion porque? Risk Management. no esta
Contestando mis Cartas

6-8-2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 09 2023 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 06 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Enterpris Goods & services          Cruz Palacios Romero
Risk management                     SID #2326/288  TRCI
po Box 12009                        82911 Beach Access Rd
Salem, OR 97309-0009                umatilla, OR 97882

el motibo de escribirle esta carta es porque el dia
12-11-2022 le mande el tort Claim notice del insidente del
dia 7-16-2022 TRCI-2022-07-107 y copias de
redical Kytes, grievance, grievance Appeal. el total de
las copias son 21 copias incluyendo el tort Claim notice del
incidente, y asta el dia de oy yo no he resibido la Contestacion
de Risk management, espero su Contestacion lo mas pronto
posble y en español. y Cuando me Contesten mis tort Claim
notice que resibieron saquenle copias, que dense con la
copia del tort Claim notice que resibieron, mandeme el tort
Claim notice original junto Con la Carta de Contestacion;
yo nesesito que me monden todos los tort Claim  notice.
originales que an resibido y escribale en el sobre
que, tiene que ser abierto en presensia mia en frente de
mi Gracias  5-31-2023 (firma)

**Oregon Department of Corrections - Inmate Mail**
Institution _TRCI_            SID _2321288_
Name _Cruz Palacios Romero_
Address _82911 Beach Access Rd_
City _umatilla_            State _OR_ Zip _97882_



Enterise Goods & services
Risk Management
po Box 12009
Salem, oR  97309-0009

5/31/2023

final Grievance Appeal Response

10-036



**Oregon**
Tina Kotek, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

July 10, 2023

Cruz Palacios-Romero, SID # 23261288
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2023-03-064AA

Dear AIC Palacios-Romero:

This letter is in response to the above referenced grievance appeal in which you are requesting to
be taken to a hospital and see a specialist for your skin.

I have reviewed your second grievance appeal, and I support the medical opinion of
Dr. Warren Roberts, Chief Medical Director.

On June 27, 2023, you were seen by your provider and were diagnosed with tinea versicolor and
fungal nails. You were prescribed Hydrocortisone cream.

There is currently no medical indication to send you to an outside provider.

Health Services is committed to providing care that is respectful, compassionate, objective, and
non-judgmental. The best way for you to achieve your healthcare goals is to continue working
with the Health Services staff. Please feel free to communicate your medical needs with the
healthcare staff.

Sincerely,

J. Bugher
Assistant Director, Health Services

JB/dr

CC:    A. Eynon, Grievance Coordinator, TRCI

ECEIVED
JUL 1 3 2023
TRCI GRIEVANCE OFFICE

SENT
JUL 1 3 2023
TRCI GRIEVANCE OFFICE

Case 2:23-cv-01714-YY    Document 2    Filed 11/20/23    Page 30 of 68
Page: 1 of 3 (3 page limit)    Grievance # 1 RCI - 023 - 03 - 064 AA
Official Use Only    Resubmit

## GRIEVANCE APPEAL FORM

Name: **Palacios   Romero   Cruz**    23261288    10-3 B
Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

estoy Apelando la Respuesta de la primera Apelacion del Grievance. 3-8-2023
TRCI-2023-03-064A en Contra de warren Roberts, medical Director de
Salem. OR. 97302 porque estoy en completo desaCuerdo. Con lo que
warren Roberts. dise en inisial Grievance Appeal Response June.7-2023
una revision de Su records de salud indica que ha sido visto varias veces
en el ultimo año por piel desColorida y resequeda en la piel. Esto no
Conside Con tomar (nortriptyline) Como uste orijinalmente sele receto en
Julio de 2020 Y otra vez mayo 2022 warren Roberts. Y el equipo
medico de TRCI, mienten por no yebarme al Hospital para que un doctor
espesialista de la piel meaga exames Y nede un tratamiento medico
para reparar el daño Creado por el medicamento (Nortriptyline) la
primera ves que me dieron la pastia (Nortriptyline) de (75 mg) fue
el dia 5-23-2022 Y altero los gase de mi estomago Comense

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Yo necesito que me lleben al Hospital para que un doctor
espesialista de la piel meaga examen Y mede un tratamiento medico
para reparar el daño Creado por el medicamento (Nortriptyline)

6-15-2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 16 2023 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 03 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

## GRIEVANCE APPEAL FORM

Name: Palacios   Romero   Cruz   23261288   10-3   B
Last     First     Initial     SID#     Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

a erutar mi pecho me ardia una angustia terrible. Yo mande una (AIC) Communication Form el dia 5-24-22 al provedor. Patrick Maney Yo le estoy disiendo que la pastia (Nortriptyline) me esta asiendo daño. Maney, inoro mi sufrimiento. El dia 7-16-2022 la pastia (Nortriptyline) que el provedor, Patrick Maney, me reseto para el dolor de mi columna me intosico una angustia terrible unas noches de terro apunto de morir Mi coraZon palpita mas fuerte sentilla piquete en mi coraZon Y mi piel sedecolorio con manchas. blancas Me salieron en mi piel Y recequedade mi piel al estremo que mi piel seguiebra Y sangra Y cuando sana las rebentaduras quedan sicatrise en mi piel me esta dejando muchas sicatrise en mi cuerpo Y brasos Ya sicatrise de dos pulgadas de largo. Y warren Roberts, medical Director. de Salem OR 97302 Y el equipo medico

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Yo necesito que me lleben al Hospital para que un doctor espesialista de la piel me aga examen Y mede un tratamiento medico para reparar el daño creado por el medicamento (Nortriptyline)

6-15-2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 16 2023 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 03 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)*   CD 117C (11/2019)

Case 2:23-cv-01714-YY    Document 2    Filed 11/20/23    Page 32 of 68
Page: __3__ of __3__  (3 page limit)    Grievance # _TRCI-2023-03-064__
Official Use Only                     Resubmit

## GRIEVANCE APPEAL FORM

Name: Palacios Romero Cruz    SID#: 23261288    Cell/Block/Bunk #: 10-3 B
Last       First       Initial

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

TRCI. estan mintiendo por no yebarme al Hospital para que un doctor espesialista de la piel meaga exmenes y mede un tratamiento medico para reparar el daño creado por el medicamento (nortriptyline) al negarse adarne un tratamiento medico adecuado. esto es negligencia medicallo que estan asiendo. Y violando mis derecho que yo tengo a recibir atencion medica y estan violando el octavo 8th mandamiento de la Constitucion de oregon. El dia 7-29-2022 fui evaluado por la enfermera. interpreto mendoza. RN Y estestigo cuando yo les mostre mi piel descolorida con manchas blancas que fueron creados por el medicamento (nortriptyline) Y warren Reberts dise una revision de su record indica que ha sido visto en el ultimo año porquesa de salpullido. miente vean todos los kyte que yo emandado este dice 8-31-22 patrick maney, tengo ongo entodo mi cuerpo me pica mucho Y tanvien tengo ongo en las uñas de mis pies. Se esta comiendo las uñas de mis pies le mando una (AIC) comunicacio del dia 8-31-2023

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Yo necesito que me lleben al Hospital para que un doctor espesialista de la piel meaga examen Y mede un trataminto medico para repavar el daño creado por el medicamento (nortriptyline)

Date: 6-15-2023                 Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED JUN 16 2023 TRCI GRIEVANCE OFFICE | ACCEPTED JUL 03 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)*    CD 117C (11/2019)

Initial Grievance Appeal Response

10-03A



**Oregon**
Tina Kotek, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

June 7, 2023

Cruz Palacios-Romero, SID # 23261288
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2023-03-064A

Dear AIC Palacios-Romero:

This letter is in response to the above referenced grievance appeal in which you are requesting to be taken to a hospital and see a specialist for your skin.

A review of your health care record indicates that you have been seen several times over the last year for complaints of various rash symptoms such as skin tone changes and cracking skin over your knuckles. These do not coincide with taking Nortriptyline, as you originally had this ordered in July of 2020 and again in May of 2022.

There have been no encounters that document any active bleeding or signs and symptoms of infection during any of the sick call encounters. If this does happen, please notify Health Services so that it may be documented and treated.

You will be scheduled for an appointment with your provider to discuss these issues and answer any questions.

Health Services is committed to providing care that is respectful, compassionate, objective, and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S.
Medical Director

WR/dw

CC:    A. Eynon, Grievance Coordinator, TRCI

RECEIVED          SENT

JUN 08 2023       JUN 09 2023

TRCI GRIEVANCE OFFICE   TRCI GRIEVANCE OFFICE

Grievance # TRCI-2023-03-064A

*Official Use Only*                    Resubmit

## GRIEVANCE APPEAL FORM

Name: palacios    Romero    Cruz         23261288    10-3 B
  Last        First        Initial       SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

estoy Apelando la respuesta de April, 21-2023, del Grievance. 3-8-2023 TRCI-2023-03-064. en contra de C.Dieter. RN nurse manager. TRCI- porque estoy en completo desacuerdo con lo que dise C. Dieter. RN. dise yo lei su queja. Al revisar su caso medico veo que usted se quejo de esta condicion en su piel ante de que se le prescriviera (nortriptyline) usted puede usar productos que se venden en la cantina para curar su piel seca. Yo escribí mi queja original. En el grievance. 7-16-2022 TRCI-2022-07-107 de la pastia (nortriptyline) que yo fui netome el medicamento (nortriptyline) en la linia que esta enfrente de la enfermeria. la enfermera medio la pastia, alli ay una camara pueden ver el video. En esa queja original yo sometid muchos medical kytes, donde yo in mediatamente le notifique al proveedor patrick, maney. que el medicamento me esta dañando mi salud me esta asiendo reasiones dañinas - El proveedor invo mi sufrimiento, y mande una copia dela

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Yo necesito que me lleben al Hospital para que un doctor espesialista de la piel me aga examen y me de un tratamiento medico para reparar el daño creado por el medicamento (nortriptyline)

5-15-2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAY 16 2023 TRCI GRIEVANCE OFFICE | ACCEPTED MAY 30 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)*        CD 117C (11/2019)

Case 2:23-cv-01714-YY    Document 2    Filed 11/20/23    Page 35 of 68
Page: 2 of 3 (3 page limit)    Grievance # TRCI-2023-05-0cm
    Official Use Only    Resubmit

## GRIEVANCE APPEAL FORM

Name: palacios  Romero  Cruz          23261288    10-3 B
   Last        First        Initial      SID#       Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

(reseta nortriptyline) que el provedor patrick, maney. Me Mando Cuando me dio el
medicamento (nortriptyline) Y me intocico estube a punto de morir. Mi Piel Sedecolorio
Sedescolorio Con manChas. blancas me salieron en mi piel. Y ReCequeda de mi Piel el
estremo que mi piel se quiebra. Y Sangra. Y Cuando Sana la rebentadura quedan
sicatrise en mi piel me esta dejando muchas sicatrise en mi Cuerpo Y braso. Y en los
dedos de mis manos. ay sicatrise de dos pulgada de largo, Y C. Dieter. RN manager
esta mintiendo por no yebarme al Hospita para que un doctor esperto. espesialista de
la piel me aga examenes Y mede un tratamiento medico para reparar el daño Creado
Creado por el medicamento (nortriptyline). al negarse adarme un tratamiento. medico
adeCuado. esto es negligencia medical lo que estan asiendo. Y violando mis derecho
que Yo tengo. a recibir atencion medica. Y estan violando. el octavo 8th. Enmiendade
la Constitucion de los Estado unidos Y el Articulo 1, secciones 16 Y 23 de la
Constitución de oregon, El dia 7-29-2022 fui evaluado por la enfermera.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Yo necesito que me lleben al Hospital para que un doctor espesialista de la piel
me aga examen Y mede un tratamiento medico para reparar el daño
Creado por el medicamento (Nortriptyline)

5-15-2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | MAY 16 2023 | MAY 30 2023 | |
| | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

## GRIEVANCE APPEAL FORM

Name: Palacios    Romero    Cruz    23261288    10-3 B
Last    First    Initial    SID#    Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

interpreto. Mendoza. RN Y estestigo Cuando Yo les mostre mi Piel descolorida con manchas blancas que fueron creadas por el medicamento (nortriptyline). le mando una AIC. Comunicacion del dia 4-11-2023 dise lo siguiente. provedor, patrick. maney. la pastia (nortriptyline) que ustede me resto para el dolor de mi columna por que yo tengo hernia en los disco de mi columna, El dia 7-16-2022. Me intosco estube a punto de morir. Y mi piel se descolorio con manchas blancas Me salieron en mi piel. Y Recequeda de mi piel al extremo que mi piel sequiebra. Y sangra. Y ustedes provedor patrick, maney. asta el dia de oy no me andado un tratamiento medico. para reparar el daño creado. por el medicamento, nortriptyline). en la contestacion de mi apelacion de grievance. 7-16-2022 TRCI-2022-07-107 september. 27, 2022. el Dr. warren Roberts, Chief Medical Director. dise Ya te miraron Y te evaluaron Y te dieroron medicamento. para ayudarte. warren Roberts. Director. de salem no tiene el conocimiento de mis necesidades medica

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

Yo necesito que me lleben al Hospital para que un doctor espesialista de la piel meaga examen Y mede un tratamiento medico para reparar el daño creado por el medicamento (nortriptyline)

5-15-2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED MAY 16 2023 TRCI GRIEVANCE OFFICE | ACCEPTED MAY 30 2023 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Page: 2 of 1

**GRIEVANCE RESPONSE FORM**

<u>TO BE FILLED OUT BY STAFF</u>                                    <u>Grievance #:</u> TRCI-2023-03-064

TO: Palacios-Romero, Cruz          23261288
    _____    _____
    Name of grievant                    SID #

FROM: C. Dieter, RN                 Nurse Manager
    _____    _____
    Name of respondent                  Title

List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken – date/time?)

This is in response to the above grievance regarding your skin condition. You stated that the medication Nortriptyline that you were prescribed caused you "blotchy and dry skin". You are asking to see a skin specialist.

I have read your grievance. Review of your medical file shows that you complained of these skin conditions prior to being prescribed the Nortriptyline. You may utilize over the counter products sold on canteen to treat your dry skin or return to sick call for worsening.

**Do not type past this line**

April 21, 2023                                   _____
_____                  Signature of Staff Member     Dieterc
Date:                                                                          OWENS

| Receiving Facility (if not processing facility) | Received at Processing Facility | Sent to Inmate | R. On _____ By _____ |
|---|---|---|---|
| | **RECEIVED** | **SENT** | Signature of Supervisor (Print/Sign) |
| | **MAY 0 9 2023** | **MAY 0 9 2023** | |
| Date Stamp | TRCI GRIEVANCE OFFICE Date Stamp | TRCI GRIEVANCE OFFICE Date Stamp | Distribution: White (Original grievance response form) |

CD117B (10/19)

Case 2:23-cv-01714-YY    Document 2    Filed 11/20/23    Page 38 of 68
Page: 1 of 2 (3 page limit)    Grievance # TRCI-2023-03-04
Official Use Only    Resubmit

**GRIEVANCE FORM**    23261288    10-3 B

Name: palacios Romero Cruz
Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: provedor, PATRiCK, MANEY

Please provide the date/time of incident giving rise to grievance: 3.8.2023

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

el dia. 3.8.2023 Yo fui mandado a la llamada del enfermo a la
enfermeria. la interprete Campo interpreto. al enfermero. Yo le dije
que el dia. 7.16.2022 Me intosico la pastilla (Nortriptyline)
que el provedor pATRiCK, Maney. Me reseto para el dolor en Mi
Columna. Y Mi piel sedescolorio, Me salieron Manchas blancas en
Mi piel. Y Recequedad de Mi piel al extremo que Mi piel se
quiebra. Y sangra. le pedid de fabor que Me den un tratamiento
Medico. para Reparar el daño Creado por el medicamento
(Nortriptyline). Contesto MS. Campo nosotro no tenemos
Medicamento para darte. para las mancha de tu piel. ni para tu
piel Reseca Y rebentada; no Me dieron nada de medicamento;
en la segunda. Contestasion de Mi apelacion del grievance.

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Yo neCesito que Me Yeben al Hospital para que un doctor espesialista
de la piel Me aga examen Y Me de un tratamiento Medico para
reparar el daño Creado por el medicamento (Nortriptyline)

3.14.2023
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** MAR 15 2023 | **ACCEPTED** MAR 29 2023 | |
| Date Stamp | TRCI GRIEVANCE OFFICE Date Stamp | TRCI GRIEVANCE OFFICE Date Stamp | Date Stamp |

Official Use Only                    Resubmit

**GRIEVANCE FORM**

Name: __Palacios   Romero   Cruz__    __23261288__    __10-3 B__
    Last         First        Initial        SID#        Cell/Block/Bunk #

Whom are you grieving: __provedor, PATRICK, MANEY__

Please provide the date/time of incident giving rise to grievance: __3.8.2023__

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

7.16.2022 TRCI-2022-07-107 AA. el DR, warren Roberts, Chief Medical Director. dise. ya te Miraron y te evaluaron y te dieron Medicamento. para ayudarte. el equipo medico de TRCI. y el Dr. warren Roberts, Chief medical Director. de salem no tienen el Conocimiento de mis necesidades Medicas. yo he sido victima de indiferencia medica. deliverada por el equipo medico de TRCI y que mis derechos federales y Constitucionales del estado de estar libre de Crueldad y inusal Castigo ha sido violado en Multiple ocaciones. la que han Continuado hasta el dia presente. Yo no esido ebaludo por un doctor es pesialista de la piel. no me andado medicamento. para reparar el daño creado por la postia (Nortriptyline). Yo estoy traonado de mirar dia tras dia

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Yo necesto que me yeben al Hospital para que un doctor espesialista de la piel me aga examen y me de un tratamiento medico para reparar el daño creado por el medicamento (Nortriptyline)

__3.14.2023__
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | MAR 15 2023 | MAR 29 2023 | |
| | TRCI GRIEVANCE OFFICE. | TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Official Use Only          Resubmit

## GRIEVANCE FORM

Name: PalaCios Romero    Cruz    23261288    10-3 B
     Last         First      Initial     SID#      Cell/Block/Bunk #

Whom are you grieving: Provedor, PATRICK, MANEY

Please provide the date/time of incident giving rise to grievance: 3.8.2023

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Mi piel des colorida Con manChas. Y se rebienta. Y sangra Y el
equipo medico de TRCI innora ni dolor Y sufrimiento

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Yo necesito que me reben al Hospital para que un doctor espesi-
alista de la piel me aga examen Y mede un tratamiento medico para
reparar el daño Creado por el medicamento (nortriptyline)

3.14.2023
Date                                      Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED<br>MAR 15 2023<br>TRCI GRIEVANCE OFFICE | ACCEPTED<br>MAR 29 2023 | |
| Date Stamp | Date Stamp | TRCI GRIEVANCE OFFICE<br>Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*          CD 117 (11/2019)

## PATIENT MEDICATION    *crul pa, 11 + Remero*

"Read this medicine information sheet carefully each time you get this medicine filled. You must carefully read the \"Consumer Information Use and Disclaimer\" below in order to understand and correctly use this information. This information is for MALE patients only.  It does NOT include important information for FEMALE patients.

**Nortriptyline Capsules**
**Pronunciation**(nor TRIP ti leen)
**Brand Names: US**Aventyl; Pamelor.
**Product Dispensed:** Nortriptyline HCl Oral Capsule 50 MG

---

• Drugs like this one have raised the chance of suicidal thoughts or actions in children and young adults. The risk may be greater in people who have had these thoughts or actions in the past. All people who take this drug need to be watched closely. Call the doctor right away if signs like low mood (depression), nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur.
• This drug is not approved for use in children. Talk with the doctor.

---

### What is this drug used for?

• It is used to treat low mood (depression).
• It may be given to you for other reasons. Talk with the doctor.

### What do I need to tell my doctor BEFORE I take this drug?

• If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had.
• If you have had a recent heart attack.
• If you have a certain heart problem called Brugada syndrome or you have ever passed out for an unknown reason.
• If you are taking any of these drugs: Linezolid or methylene blue.
• If you have taken certain drugs for depression or Parkinson's disease in the last 14 days. This includes isocarboxazid, phenelzine, tranylcypromine, selegiline, or rasagiline. Very high blood pressure may happen.

This is not a list of all drugs or health problems that interact with this drug.

Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

### What are some things I need to know or do while I take this drug?

• Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists.

**PATIENT MEDICATION**     *Cruz Palacio Romero*

GENERIC NAME: Nortriptyline Capsules (nor TRIP ti leen)

WARNING: Drugs like this one have raised the chance of suicidal thoughts or actions in children and young adults. The risk may be greater in people who have had these thoughts or actions in the past. All people who take this drug need to be watched closely. Call the doctor right away if signs like low mood (depression), nervousness, restlessness, grouchiness, panic attacks, or changes in mood or actions are new or worse. Call the doctor right away if any thoughts or actions of suicide occur. This drug is not approved for use in children. Talk with the doctor.  COMMON USES: It is used to treat low mood (depression). It may be given to you for other reasons. Talk with the doctor.

BEFORE USING THIS MEDICINE: WHAT DO I NEED TO TELL MY DOCTOR BEFORE I TAKE THIS DRUG? TELL YOUR DOCTOR: If you are allergic to this drug; any part of this drug; or any other drugs, foods, or substances. Tell your doctor about the allergy and what signs you had. TELL YOUR DOCTOR: If you have had a recent heart attack. TELL YOUR DOCTOR: If you have a certain heart problem called Brugada syndrome or you have ever passed out for an unknown reason. TELL YOUR DOCTOR: If you are taking any of these drugs: Linezolid or methylene blue. TELL YOUR DOCTOR: If you have taken certain drugs for depression or Parkinson's disease in the last 14 days. This includes isocarboxazid, phenelzine, tranylcypromine, selegiline, or rasagiline. Very high blood pressure may happen. This is not a list of all drugs or health problems that interact with this drug. Tell your doctor and pharmacist about all of your drugs (prescription or OTC, natural products, vitamins) and health problems. You must check to make sure that it is safe for you to take this drug with all of your drugs and health problems. Do not start, stop, or change the dose of any drug without checking with your doctor.

HOW TO USE THIS MEDICINE: HOW IS THIS DRUG BEST TAKEN? Use this drug as ordered by your doctor. Read all information given to you. Follow all instructions closely. Take at bedtime if taking once a day. Keep taking this drug as you have been told by your doctor or other health care provider, even if you feel well. Do not stop taking this drug all of a sudden without calling your doctor. You may have a greater risk of side effects. If you need to stop this drug, you will want to slowly stop it as ordered by your doctor. HOW DO I STORE AND/OR THROW OUT THIS DRUG? Store at room temperature. Store in a dry place. Do not store in a bathroom. Keep all drugs in a safe place. Keep all drugs out of the reach of children and pets. Throw away unused or expired drugs. Do not flush down a toilet or pour down a drain unless you are told to do so. Check with your pharmacist if you have questions about the best way to throw out drugs. There may be drug take-back programs in your area. WHAT DO I DO IF I MISS A DOSE? Take a missed dose as soon as you think about it. If it is close to the time for your next dose, skip the missed dose and go back to your normal time. Do not take 2 doses at the same time or extra doses. If you take 1 daily dose at bedtime, do not take the missed dose the next morning.

CAUTIONS: Tell all of your health care providers that you take this drug. This includes your doctors, nurses, pharmacists, and dentists. This drug may need to be stopped before certain types of surgery as your doctor has told you. If this drug is stopped, your doctor will tell you when to start taking this drug again after your surgery or procedure. Avoid driving and doing other tasks or actions that call for you to be alert until you see how this drug affects you. To lower the chance of feeling dizzy or passing out, rise slowly if you have been sitting or lying down. Be careful going up and down stairs. If you have high blood sugar (diabetes), you will need to watch your blood sugar closely. Tell your doctor if you have signs of high or low blood sugar like breath that smells like fruit, dizziness, fast breathing, fast heartbeat, feeling confused, feeling sleepy, feeling weak, flushing, headache, more thirsty or hungry, passing urine more often, shaking, or sweating. Talk with your doctor before you use alcohol, marijuana or other forms of cannabis, or prescription or OTC drugs that may slow your actions. Talk with your doctor if you have seizures or have ever had seizures. You may get sunburned more easily. Avoid sun, sunlamps, and tanning beds. Use sunscreen and wear clothing and eyewear that protects you from the sun. Be careful in hot weather or while being active. Drink lots of fluids to stop fluid loss. Some people may have a higher chance of eye problems with this drug. Your doctor may want you to have an eye exam to see if you have a higher chance of these eye problems. Call your doctor right away if you have eye pain, change in eyesight, or swelling or redness in or around the eye. A certain heart problem (Brugada Syndrome) has shown up in some people taking this drug. These people had this problem but did not know it at the time. People with Brugada Syndrome have a heartbeat that is not normal and are at risk for sudden death. Talk with the doctor. A severe and sometimes deadly problem called serotonin syndrome may happen. The risk may be greater if you also take certain other drugs. Call your doctor right away if you have agitation; change in balance; confusion; hallucinations; fever; fast or abnormal heartbeat; flushing; muscle twitching or stiffness; seizures; shivering or shaking; sweating a lot; severe diarrhea, upset stomach, or throwing up; or very bad headache. If you are 65 or older, use this drug with care. You could have more side effects. Tell your doctor if you are pregnant, plan on getting pregnant, or are breast-feeding. You will need to talk about the benefits and risks to you and the baby.

POSSIBLE SIDE EFFECTS: WHAT ARE SOME SIDE EFFECTS THAT I NEED TO CALL MY DOCTOR ABOUT RIGHT AWAY? WARNING/CAUTION: Even though it may be rare, some people may have very bad and sometimes deadly side effects when taking a drug. Tell your doctor or get medical help right away if you have any of the following signs or symptoms that may be related to a very bad side effect: Signs of an allergic reaction, like rash; hives; itching; red, swollen, blistered, or peeling skin with or without fever; wheezing; tightness in the chest or throat; trouble breathing, swallowing, or talking; unusual hoarseness; or swelling of the mouth, face, lips, tongue, or throat. Signs of high or low blood pressure like very bad headache or dizziness, passing out, or change in eyesight. Chest pain or pressure. Fast or abnormal heartbeat. Weakness on 1 side of the body, trouble speaking or thinking, change in balance,

**TORT CLAIM NOTICE**
[ONE OCCURENCE, PER FORM]

ebaluado por un doctor es pesialista de la piel. yo me andado medicamento. para reparar el daño Creado por la pastia(Nortriptyline) Yo estoy traomado de nivar día tras día mi piel des Colorida Con manchas. Yo necesito que me Yeben al Hospital para que un doctor espesialista de la piel me aga exame y me de un tratamiento medico para reparar el daño Creado por el medicamento(Nortriptyline) Grievance Appeal 5-15-2023 TRCI-2023-03-064 A. estoy Apelon la respuesta de April, 21-2023-del Grievance. 3-2-2023 TRCI-2023-03-064. en Contra de C. Dieter. RN Nurse. manager. TRCI- porque estoy en completo de soCuerdo Con lo que dise C. Dieter. RN dise Yo lei su que, Al revisar su Caso medico veo que usted se quejo de esta Condicion en su piel ante de que se le presCriviera (Nortriptline) usted puede usar productos que se venden en la Cantina para Curar su piel seCa, yo escribid mi queja original en el grievance .7-16-2022 TRCI-2022-07-107 y de la pastia(Nortriptyline) que Yo fui metome el medicamento (Nortriptyline)

It is a claimant's responsibility to prove their allegations. Claimant must provide documentation before Risk Management begins an investigation with Dept. of Corrections. Provide any kytes, grievances, property inventory, canteen receipts and incident reports that substantiates your claim.

Document Enclosure(s):     YES [✓]     NO [ ]

Claimant Signature: _____

SID: 23261288     Date Signed: 8 - 16 - 2023

---

Name and Addresses of Defendants/State Employees

Provedor, PATRICK MANEY
medical   TRCI
82911 Beach Access Rd
umatilla, OR 97882

C. Dieter, RN Nurse manger
TRCI
82911 Beach Access Rd
umatilla, OR 97882

Warren Roberts medical Director
Health services Division 3723
Fairview Industrial Drive SE, Ste
200 Salem, OR 97302

J. Bugher Assistant Director.
Health services Division   3723
Fairview Industrial Drive SE, Ste
200 Salem, OR 97302

[SUPERINTENDENT]
Erin Reyes   TRCI
82911 Beach Access Rd
umatilla, OR 97882

After certain date _____
my address will be _____

**TORT CLAIM NOTICE**
[ONE OCCURENCE, PER FORM]

la Respuesta de la primera Apelación del Grievance. 3-8-2023. en contra de warren Roberts.
medical Director de Salem. OR 97302 porque estoy en completo desacuerdo con lo que werre,
Roberts. disc en inisial. Grievance Appeal Response June. 7-2023 TRCI-2023-03-064 A
una revision de su records de salud indica que ha sido visto varios veces. en el ultimo
año por piel descolorida Y resequeda en la piel. Esto no coinside con tomar Nortriptyli,
Como usted originalmente sele receto en Julio de 2020 Y otra vez Mayo 2022 warren
Roberts Y el equipo medico de TRCI. mienten porno rebarme al Hospital para que un
doctor espesialista de la piel mede un tratamiento medico para reparar el daño
Creado por el medicamento (Nortriptyline) bea la respuesta de warren Rober. Medical
del Grievance Appeal September, 7-2022 TRCI-2022-07-107 A . Dr. Warren Roberts. dise
sete prescribed (Nortriptyline) esta fue la segunda bes que recetaron Nortriptyline
en la Final Grievance Appeal. July. 10-2023 TRCI-2023-03-064 AA. J. Bugher Assistant
Director.

It is a claimant's responsibility to prove their allegations. Claimant must provide
documentation before Risk Management begins an investigation with Dept. of
Corrections. Provide any kytes, grievances, property inventory, canteen receipts
and incident reports that substantiates your claim.

Document Enclosure(s):      YES ☒      NO [ ]

Claimant Signature: _____

SID: 2326288          Date Signed: 8 - 16 - 2023

---

Name and Addresses of Defendants/State Employees

Provedor, PATRICK MANEY
Medical    TRCI
8291I Beach Access Rd
umatilla, OR 97882

C. Dieter, RN   Nurse Manger
      TRCI
8291I Beach Access Rd
umatilla, OR 97882

warren Roberts medical Director
Health services Division 3723
Fairview Industrial Drive SE, Ste
200 Salem. OR 97302

J. Bugher Assistant Director.
Health services Division 3723
Fairview Industrial Drive SE, Ste
200 Salem, OR 97302

[SUPERINTENDENT]
Erin Reyes    TRCI
8291I Beach Access Rd
umatilla, OR 97882

After certain date _____
my address will be _____

Form 27.010                    PAGE 4 OF 4

**TORT CLAIM NOTICE**
[ONE OCCURENCE, PER FORM]

sleep despite the fact it's not meant to treat either but rather depression. on 7.16.2022 I had an allergic reaction to Nortryptiline. That night I felt my throat tighten, I was Choleing. and my chest was compressed. It was a terrible anguish, a nigh of terror even. I was scared to foil asleep, feeling sharp plain in my heart. I sent two kytes to Dr. Maney ane on 5-24-2022 and another on 7-13 - 2022 regarding earlier lesser allergic reactions to this some medicine concerning an irritation/bloating of my stomach area, and another on 7.25.22 for an ongoing issue with my skin. I sent these kytes asking for help. I have been taken off the medication. I out never received anything to help the lingering discoloration of my skin. I was seen on 7-29-22 for my skin, but was not given anything to help.

It is a claimant's responsibility to prove their allegations. Claimant must provide documentation before Risk Management begins an investigation with Dept. of Corrections. Provide any kytes, grievances, property inventory, canteen receipts and incident reports that substantiates your claim.

Document Enclosure(s):    YES [X]    NO [ ]

Claimant Signature: _____

SID: 23261288    Date Signed: 12.11.2022

---

Name and Addresses of Defendants/State Employees

J. Bugher Assistant Director,
Health services JB/dw
Salem, OR    CC: A. Eynon,
Grievance Coordinator. TRCI

_____

Warren Roberts, M.D., f.A.A.N.S
Medical Director WR/dw
CC: A. Eynon, Grievance
Coordinator, TRCI

[SUPERINTENDENT]
ERin REYES
TRCI

Mr. MANEY, PATRICK Provdor
FROM: C. Scott Nurse manager
TRCI

After certain date _____
my address will be _____

C. Scott Nurse Manager

PAGE 2 OF 2

*final Grievance Appeal Response*

10-03B




Kate Brown, Governor



**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597

September 27, 2022

Cruz Palacio-Romero, SID #23261288
Two Rivers Correctional Institution
82911 Beach Access Rd.
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2022-07-107AA

Dear AIC Palacios-Romero:

I have reviewed your second grievance appeal, and I support the medical opinion of Dr.
Warren Roberts, Chief Medical Director.

You have been seen, evaluated, and given medication to help with your discomfort. You have
upcoming diagnostic tests scheduled. A plan of care will be developed based on these results.
Surgical Intervention has not been approved at this time.

Thank you for addressing your concerns appropriately. This concludes the grievance review
process for this matter.

Health Services is committed to providing care that is respectful, compassionate, objective and
non-judgmental. The best way for you to achieve your healthcare goals is to continue working
with the Health Services. Please feel free to communicate your medical needs with the
healthcare staff.

Sincerely,

J. Bugher
Assistant Director, Health Services

JB/dw

CC:    A. Eynon, Grievance Coordinator, TRCI

RECEIVED

OCT 03 2022

TRCI GRIEVANCE OFFICE

SENT

OCT 04 2022

TRCI GRIEVANCE OFFICE

Case 2:23-cv-01714-YY    Document 2    Filed 11/20/23    Page 47 of 68
Page: ___ of ___  (3 page limit)    Grievance # ____ RCT - 2022 - 01 - 101AA ____
Official Use Only          Resubmit

## GRIEVANCE APPEAL FORM

Name: Palacios Romero Cruz          23261288          9-3 B
   Last         First        Initial        SID#       Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

My urgent medical needs are still without any direction. I suffer terrible pain in my spine day and night from herniated discs, and the report from the MRI appointment states I will need spinal surgery. That report was from Legacy Hospital on 8-7-2020. They prescribed 500mg of Acetaminophen which Maney has refused to give me for my pain. Instead, Dr. Maney prescribed Nortryptiline for pain and sleep despite the fact it's not meant to treat either, but rather depression. On 7-16-2022 I had an allergic reaction to Nortryptiline. That night I felt my throat tighten, I was choking, and my chest was compressed. It was a terrible anguish; a night of terror even. I was scared to fall asleep, feeling sharp pain in my heart. I sent two kytes to Dr. Maney, one on 5-24-2022 and another on 7-13-2022 regarding earlier, lesser allergic reactions to this same medicine concerning an empty irritation/bloating of my stomach area, and another on 7-25-22 for an ongoing issue with my skin. I sent these kytes asking for help. I have been taking taken off the medication, but never received anything to help the lingering discoloration of my skin. I was seen on 7-29-22 for my skin, but was not given anything to help.

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

I would like to see a dermatologist for my skin as an outpatient to a hospital please.

9-13-22
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED SEP 14 2022 TRCI GRIEVANCE OFFICE | ACCEPTED SEP 22 2022 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

initial Grievance Appeal Response

09-03B

 

Oregon

Kate Brown, Governor

**Department of Corrections**
Health Services Division
3723 Fairview Industrial Drive SE, Ste 200
Salem, OR 97302
(503) 378-5593
Fax (503) 378-5597



September 7, 2022

Cruz Palacios-Romero, SID # 23261288
Two Rivers Correctional Institution
82911 Beach Access Rd
Umatilla, OR 97882

RE:    Grievance Appeal TRCI-2022-07-107A

Dear AIC Palacios-Romero:

This letter is in response to the above referenced grievance appeal in which you are requesting surgical intervention for your chronic back pain. You are also concerned about Nortriptyline being given to you for pain.

Upon review of your medical record, you are currently prescribed Celebrex, Voltaren, and Nortriptyline for your back. You have an appointment coming up for an EMG/NCV and a further plan of care will be developed based on these results.

Health Services is committed to providing care that is respectful, compassionate, objective and non-judgmental. The best way for you to achieve your healthcare goals is to continue working with the Health Services staff. Please feel free to communicate your medical needs with the healthcare staff.

Sincerely,

Warren Roberts, M.D., F.A.A.N.S.
Medical Director

WR/dw

CC:    A. Eynon, Grievance Coordinator, TRCI

RECEIVED

SEP 08 2022

TRCI GRIEVANCE OFFICE

SENT

SEP 08 2022

TRCI GRIEVANCE OFFICE

## GRIEVANCE APPEAL FORM

Name: Palacios Romero Cruz    23261288    9-3 B
Last        First        Initial        SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

para las manchas que measalido en mipiel me contesto que no pueden aser nada por mi. Le esplique todo lo que esta escrito en las AppEAL foRM. Me dio 7. oja informacion de la pastia nortriptyline donde dise que ni doctor tiene que esplicarme los efecto de la pastilla nortriptyline ante de darme la pastia para tomarmela y tiene que verme a menudo Cuando estoy tomando la pastilla y dise que la pastia nortriptyline es usada para tratar la depresión. Le mando una Copia informacion de la pastia nortriptyline. el doctor MANEY me la reseto para el dolor en mi Columna y para dormir. donde esta postia no es para dolores ni para dormir

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

ne sesito las pastilla para mi dolor y Tratamiento inmediato para las mancha de mi piel que me yeben al Hospital para que me den el tratamiento adecuado

8.9.22
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility RECEIVED AUG 10 2022 TRCI GRIEVANCE OFFICE Date Stamp | Accepted/Denied/RFC ACCEPTED AUG 10 2022 TRCI GRIEVANCE OFFICE Date Stamp | Accepted/Denied/RFC Date Stamp |
| --- | --- | --- | --- |
| Date Stamp | | | |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)    CD 117C (11/2019)

## GRIEVANCE APPEAL FORM

Name: Palacio Romero Cruz          23261288     9-3 B
      Last        First        Initial      SID#        Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

respirar una angustia terrble unas noche de terro epasado
o punto de morir mi corazon comenso apalpitar mas fuerte y
rapido sentia piquete en mi corazón tengo ataque de panico
me asalido manchas muy grande en mi piel. Yo le mande el
Kyte 5.24.22 queba con los grievance al doctor MANEY
pidiendole ayuda porque la pastilla nortriptyline me intoccio
MANEY inoro mis 2 Kyte. les mando este Kyte 4.25.22
queba con la AppEAL foRm donde dise te evaluran en la
llamada de eunferno. En 7.29.22 ala 12:34 yo fui
mondado a una llamada de enferno me bio una enfermera le
mostre las mancha que me salieron en mi piel Y braso derecho
le pedi de fabor que me yeben al Hospital para que me de
sentosicaran mi sangre y meden un tratamiento medico

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

8.9.22
Date                                                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED AUG 10 2022 TRCI GRIEVANCE OFFICE | ACCEPTED AUG 10 2022 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

For grievance information see back page. Distribution: Green (Original grievance form); Goldenrod (AIC receipt after processed)        CD 117C (11/2019)

Page: _1_ of _X_ (3 page limit)     Grievance # TRCI-2022-07-107A _____

Official Use Only     Resubmit

## GRIEVANCE APPEAL FORM

Name: _palacios Romero Cruz_     _23261288_     _9-3 B_
Last     First     Initial     SID#     Cell/Block/Bunk #

List in detail all the reasons you disagree with the original grievance response or initial appeal response. (For the initial appeal, attach original grievance form and staff response. For the final appeal, attach the initial appeal form and response as well as the original grievance and response.)

_Mis necesidades medicas urgentes siguen sin tener direccion asistencia y yo sufro un terrible dolor dia y noche en mi columna tengo discos herneados y sufro por su indiferencia deliberante a mis serias necesidades medicas el departamento medico ha ignorado mi dolor y sufrimiento. Estoy en silla de rueda no puedo caminar le estoy pidiendo al doctor naney que mede la pastilla que fue resetada por el doctor Kalil shasha en el Hospital legacy aCetaminophen 500 mg el doctor naney se anegado adarme esta pastilla para mi dolor de mi columna. Me resto nortriptyline para el dolor de mi columna y para dormir me la dan en la linia por las noches esta pastilla me intosico me estaba a hogando sentia mi pescueso apretado y mi pecho inprimido no podia_

Describe what action you want taken to resolve the grievance appeal if different from original grievance submission.

_____

_____

_____

_8.9.22_
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** AUG 10 2022 TRCI GRIEVANCE OFFICE | **ACCEPTED** AUG 10 2022 TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

**GRIEVANCE RESPONSE FORM**

**TO BE FILLED OUT BY STAFF**          **Grievance #: TRCI-2022-07-107**

TO:  Palacios-Romero, Cruz                    23261288
     Name of grievant                         SID #

FROM: C. Scott                        Nurse Manager
      Name of respondent                  Title

List, in detail, action(s) taken. (What action was taken? Was the action what the inmate requested? If not, why? Who took the action? When was the action taken – date/time?)

I have read your grievance in which you are requesting to have pain pills and corrective surgery. Your grievance is around a possible reaction to Nortriptyline. A review of your health care record indicates that you were seen in sick call on July 29, 2022. You stated you had a reaction to the medication about three different times and that the last time that you took the medication was greater than two weeks prior. Health Services needs to be notified immediately if you are having a reaction to the medication. You also complained about a rash in the antecubital area of your arm. There was no itching, draining, spreading or any change. The provider was contacted, and you will be followed up with in one month. You are still currently prescribed Celebrex and Voltaren. Currently, there is no surgical intervention scheduled.

**Do not type past this line**

8/02/2022
Date:                                 Signature of Staff Member  Scott RN

| Receiving Facility (if not processing facility) | Received at Processing Facility RECEIVED AUG 02 2022 TRCI GRIEVANCE OFFICE | Sent to inmate SENT AUG 02 2022 TRCI GRIEVANCE OFFICE |
|---|---|---|
| Date Stamp | Date Stamp | Date Stamp |

Signature of Supervisor (Print/Sign)  Wettlaufer RN MSM

Distribution:
White (Original grievance response form)

CD117B (10/19)

Case 2:23-cv-01714-YY    Document 2    Filed 11/20/23    Page 53 of 68
Page: 1 of 2 (3 page limit)
Grievance # TRCI -2022-01-107

Official Use Only                    Resubmit

# GRIEVANCE FORM

Name: Palacios Romero Cruz    232C1288    9-3 B
    Last       First      Initial      SID#       Cell/Block/Bunk #

Whom are you grieving: PATRICK MANEY provedor

Please provide the date/time of incident giving rise to grievance: 7-16-22 ala 8:PM

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

fui metone la pastilla Nortriptyline en la linia estapastilla
me estava ahogando sentia mi pescueso apretado no podia
respirar una angustia terrible unas noche de terro apunto
de morir mi Corazon Comenso apalpitar mas fuerte y rapido
sentilla piquete en mi Corazon. yo le enandado kite al
doctor MANEY pidiendo le de fabor que me Canbelle la
pastilla Nortriptyline por la pastilla a Cetaminophen
500mg que fue resetada por el Hospital legacy para mi
dolor terrible tengo ernias en mi Columna Y MR. MANEY
seanegado a Canbiarme la pastilla. Mi doctor mawEY
nuca me ayamado para esplicarme los efecto y riesgo
que yo puedo tener tomandome la pastilla

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

7.21.22
Date                                    Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | **RECEIVED** **JUL 22 2022** **TRCI GRIEVANCE OFFICE** | **ACCEPTED** **JUL 25 2022** TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

Official Use Only                    Resubmit

## GRIEVANCE FORM

Name: Palacios Romero Cruz    23261288    9-3 B
    Last    First    Initial    SID#    Cell/Block/Bunk #

Whom are you grieving: PATRICK MANEY provedor

Please provide the date/time of incident giving rise to grievance: 7.16.22 ala 8:pm

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Nortriptyline. Con estos grievance le mando 2 dos
KYte y una reseta que fue dada del Hospital
legacy le pido de fabor queme de una copia
de estos grievance Cuando sean traducido al
ingles. gracias

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

ne sesito las pastilla para mi dolor y Tratamiento
inmediato sirugia Corrective y terapia y reabilitación

7.21.22
Date

Signature

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| | RECEIVED | ACCEPTED | |
| | JUL 22 2022 | JUL 25 2022 | |
| | TRCI GRIEVANCE OFFICE | TRCI GRIEVANCE OFFICE | |
| Date Stamp | Date Stamp | Date Stamp | Date Stamp |

*For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)*    CD 117 (11/2019)

**Oregon Department of Corrections - Inmate Mail**

Institution TRCI

SID 20261288

Name Cruz Palacios, Romero

Address 82911 Beach Access Rd

City Umatilla    State OR  Zip 97882

12326I288

Enterprise Goods & Services
Risk Management
Po Box 12009
Salem, OR  97309-0009





# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Provedor, Paul ViTT          Date: 6-6-2023

State your issue in detail: provedor, PAul ViTT, Yo nesesito que me aprueve 3 tres
sueter. seyaman termos son BlanCo. Y tiene que ponerlo en (AS 400)
para que no se lo lleven los oficiales. la postia (Nortriptyline) que el provedor.
patrick, manel. me restod para el dolor. tengo hernia en los discos de mi Columna
el dia 7-16-2022 me intosico. mi Piel se descolorio Con manchas blanca en
Piel Y ReCequedad de mi Piel al extremo que mi Piel se quiebra Y
sangra. Cuando sana quedan si Catrise en mi Piel. Yo estoY traonado mirar
dia tras dia ha.5 24. venticuatro oras. mi Piel desColorida. ES un
daño que fue Creado Por la postia (nortriptyline) Yo nesesito los
sueter blanco. Para Cubrir las manChas de mis brasos

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Cruz Palacios Romero | 23261288 | 10-3 B |

Response/Action Taken:

RECEIVED
JUN 10 2023
By

RECEIVED
JUN 0 2023
By

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _Provedor, Maney, patrick_  Date: _3.3.2023_

State your issue in detail: _provedor, Maney, patrick. la pastia_
_(nortriptYline) que usted me reseto. para el dolor de mi_
_Columna. el dia 7.16.2022 Me intosico me estaba a_
_hogando sentia mi pescuesD apretado no podia respirar una_
_angustia terrible unas noches de terro epasado. mi piel_
_sedescolorio como manchas blancas me salieron en mi piel. Y_
_Recequedad de mi piel al extremo que mi piel sequiebra. Y_
_sangra, Y ustedes asta el dia de oY provedor, maney, patrick._
_no me andado un tratamiento medico. para reparar el daño_
_Creado por El medicamento. (nortriptYline). Yo necesito que_
_un doctor espesialista de la piel. me aga examen Y me de un_
_tratamiento medico para reparar el daño Creado por El_
_Medicamento (NortriptYline)_

AIC Committed Name (first middle last)    SID#    Housing Unit
_Cruz Palacios Romero_    _23261288_    _10 - 3_ B

Response/Action Taken: _____

_Sick call_

_____

MAR 0 4 2023

Date Received: _____    Referred To*: _____

Date Answered: __3/5/23__    Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

TO: doctor MaNEY          Date: 5.24.22

State your issue in detail: doctor PATRiCK MANEY el dia 5.23.22
fuid por mi pastilla de dormir ala lina uste MaNeYme
Canbio la pastilla de dormir ile subio a 75 mg
esta postilla altero 105 gase de mi estomago
Comense a erutar mi pelho me ardia mi
Conpanero de selda migel estestigo que
erutaba Muy fuerte le pido de fabor que
me la Canbelle por esta postilla a
Cetaminophen 500 mg que fue resetada por
el HOSpital legaCY para mi dolor en mi
Columna esta pastilla la pue~~RECEIVED~~ en
mi selda GraCias

MAY 25 2022

HEALTH SERVICES

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| palaCios Romero CruZ | 23261288 | 9-3 B |

Response/Action Taken:

Date Received: _____ Referred To*: _____

Date Answered: 5-25-2022     Signature of Staff Member: _____

*If forwarded, please notify the AIC



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: _Mr. patrick - MANEY provedor_ Date: _7. 25. 22_

State your issue in detail: _doctor Mr. Maney la pastilla Nortriptyline que uste merreseto para el dolor y me la dan en la linia por las noches me intosico hepasado unas noches de terro apunto de moria y me asalido marcas Blancas en mi piel mi braso derecho tengo una mancha Blanca muy grande. Siento ardor en mi espalda o mi lomo y mi estomago les pido de fabor que ustedes me vean o me revisen o me yeven al Hospital para que puedan de sentosicar mi sangre. la pastilla Nortriptyline me adado estreñimiento en mi pecho. les pido de fabor que la interpretasión sea en español para poder entender lo que disen Gracias_

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Palacios Romero Cruz | 23261288 | 9-3  B |

Response/Action Taken: _Doctor Mr. Maney the Nortriptyline pill that you prescribed me for the pain and is given at medtime at night has intoxicated me. I have had night terrors about to die and I have gotten some white spots on my skin on my right arm I have a very large white spot. I feel burning on my back and stomach I ask to please be seen or checked or be taken to the hospial so I can be detoxicated The nortriptylene medication has given mi constipation in my chest. I ask that the interpretation be in spanish so I can understand what it says. Thank you._

RECEIVED

JUL 26 2022

Response: _You will be evaluated in Sick call / Te evaluaran en la llamada de enfermo_

Date Received: _____ Referred To*: _____

Date Answered: _HEALTH SEE_ _____ Signature of Staff Member: _Campos RN_

'If forwarded, please notify the AIC

CD 214 (02/2020)



**OREGON DEPARTMENT OF CORRECTIONS** RECEIVED

**AIC COMMUNICATION FORM**

HEALTH SERVICES

AUG 1 2022

TO: MR. PATRICK MANEY Probedor  Date: 7.30.22

State your issue in detail: doctor MANEY la pastilla nortriptyline que uste me resto para el dolor en mi columna y me ladan en la linia por las noche me intosico me estava a hogando sentia mi pescueso apretado y mi pecho inprimido o apretado no podia respirar una angustia terrible unas noche de terro epasado apunto de morir mi corazón comenso apalpitar mas fuerte y rapido sentilla piquete en mi corazón. y siento ardor en mi estomago. y me asalido manchas blancas en mi piel. mi braso derecho tengo una mancha blanca muy grande. el dia 7.29.22 alas 12:35 pm me bio una enfermera le mostre la mancha blanca que me salio en mi braso derecho y en mi braso isquierdo. le esplique todo lo que esta escrito en los kyte me dijo que no puede asernada por mi. lespido lespido de fabor que me yeven al hopital para que puedan de sentosicar mi sanagre y darme un tratamiento palas manchas

**AIC Committed Name (first middle last)**   **SID#**   **Housing Unit**
Palacios Romero Cruz    2326128 8    9-3  B

Response/Action Taken: Dr. Maney the nortriptyline pill that you prescribed for pain in my spinal column and is given to me in the line for night, has intoxicated me, I was choking, I felt my neck tight and my chest pressing or tightness, I could not breathe, terrible anguish some nights of terror I've been through, to the point of near death. My heart started palpating, strongly & I felth throbbing in my heart, I feel burning in my stomach, I've got white blotches on my skin, on my right arm, big You have been seen in sick call for this issue on 7/29/22 Per RN, avoid medication, you'll be seen again in a month.

Date Received: 8/3/22    Referred To*: _____

Date Answered: _____    Signature of Staff Member: M. Davalos OSJ

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: *provedor mavey, patrick*     Date: *12.5.2022*

State your issue in detail: *Desde que me reseto (Nortriptyline) para el dolor de mi Columna provedor mavey, patrick empezeatener reaciones (Alergica) el dia 7.16.2022 me intosico la pastia (Nortriptyline) me estava a hogando sentia mi pescueso apretado no podia respirar una angustia terribel unas noches de terro. Epasado. Mi piel sedescolorio como manchas blancas y recequedad de mi piel al extremo que mi piel se quiebra y sangra. Porfavor quiero que me vea el provedor mavey, lo mas promto posible. Yo necesito medicacion para reparar el daño creado por el medicamento (Nortriptyline) ATT: urgente Grasias*

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| *Cruz Palacios Romero* | *2326/288* | *10-3 B* |

Response/Action Taken: *Señor Palacios, Use su expiente para un Review. Pero si usted ya no esta Tomando el medicamento ya no es alergia el medicamento. Tiene mas de 3 meses que se la tomo. Tambien las manchas blancas no es un efecto secundario.*

RECEIVED
DEC 07 REC'D

Date Received _____     Referred To*: _____

Date Answered: *12/8/22*     Signature of Staff Member: *Mendraer*

'If forwarded, please notify the AIC

CD 214 (02/2020)



**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

RECEIVE
APR 1 2 2023

TO: Provedor. Patrick, Maney _____ Date: 4-11-202
By_____

State your issue in detail: provedor, patrick, Maney. la pastia (Nortriptyline) que usted me reseto para el dolor de mi columna, porque yo tengo hernia en los disco de mi columna, El dia 7-16-2022 Me intosico. estube a punto de morir, Y mi piel sedescolorio Con manchas blancas me salieron en mi piel Y recequeda de mi piel al extremo que mi piel sequiebra. Y sangra. Y ustedes provedor, patrick, maney asta el dia de oy no me andado un tratamiento medico. para reparar el daño creado por el medicamento (Nortriptyline) Yo necesito que me Yeven al Hospital para que un doctor espesialista de la piel. Me agan examen Y me de un tratamiento medico para reparar el daño creado por el medicamento (Nortriptyline)

---

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Cruz Palacios Romero | 23261288 | 10-3 B |

Response/Action Taken: Provider Patrick Maney, the pill (Nortriptyline) that you prescribed for me for pain on my low back, since I have hernia on the disks on my low back. On 7-16-22. in intoxicated me, I was at the point of death, a my skin became discolored with alot of white blotches on my skin & dryness to the extreme that my skin is breaking down & bleeds, & you Provider Patrick Maney until today, you have not given me medical treatment to repair the damage created by the medication (Nortriptyline) I need to be taken to the hospital. for a specialist skin doctor does an exam & gives me medical treatment to repair the damage created by the medication (Nortriptyline)          M. Davalos 052

Date Received: _____ Referred To*: _____

Date Answered: 4/14/2 ~ Signature of Staff Member: H. Wilmmma

*If forwarded, please notify the AIC

CD 214 (02/2020)

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

TO: PATRICK-MANEY. provedor ___ Date: 6-16-2023

State your issue in detail: provedor. PATRICK MANEY. tengo ongo entodo mi Cuerpo me da mucha Comeson en mi piel. me pica mucho. tanbien tengo ongo en las uñas de mis pies. se esta Comiendo las uñas el dia 10-12-21 Yo le mostre mi Cuerpo Yeno de ongo Y las uñas de mis pies el ongo se las estad Comiendo usted me dijo que me iban aser examen de sangre para darme un tratamiento para el ongo el dia 3-18-2022 me sacaron sangre para aser los examenes Y el dia, 6-2-2022 tanbien me sacaron sangre para aserme los examenes Y asta el dia de Yo no me andado una respuesta delos exanenes. ni un tratamiento medico si ustede no pueden resetar un tratamiento para el ongo. les pido que me Yeben al Hospital para que un doctor de la piel me reste el tratamiento adeCuado para el ongo de mi piel Y de las uñas de mis pies

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Cruz Palacios Romero | 2326/288 | 10-3 B |

Response/Action Taken: Usted tiene una visita con el proveedor Maney en unas pocas Semanas. Manda otro Kyte Si quieres que te vean ~~antes de tu visita~~. en sick Call antes de tu visita.

RECEIVED
JUN 17 2023
By _____

Date Received: _____ Referred To*: _____

Date Answered: 6/17/23 ____ Signature of Staff Member: _____

*If forwarded lease notify the AIC

D 214 (02/2020)

RECEIVED

**OREGON DEPARTMENT OF CORRECTIONS**

**AIC COMMUNICATION FORM**

SEP 0 1 2022

HEALTH SERVICES

TO: PATRICK-MANEY provedor _____ Date: 8.31.22

State your issue in detail: doctor PATRICK MANE tengo ongo entodo mi Cuerpo se estan comiendo mi piel y mepica mucho tanbien tengo ongo en las uñas de mis pies. Ya lee nostrado mi Cuerpo como el ongo selo esta comiendo y las uñas de mis pies en este dia 10.12.21 uste me dijo que me iban aser examen de sangre para darme un tratamiento medico para el ongo el dia 3.18.22 me sacaron sangre para aser los examenes y el dia 6.2.22 tanbien me sacaron sangre para aserme los examenes y asta el dia de oy no me andado una respuesta de los examenes n/ un tratamiento medico si ustedes no pueden resetarme un tratamiento para el ongo. les pido de fabor que me reben al Hospital para que un doctor esperto de la piel me reste el tratamiento a de Cuado para el ongo de mi piel Me picamucho y se esta comiendo mi piel

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Cruz Palacios Romero | 2326288 | 9-3 B |

Response/Action Taken: Debe usar la Fungus on Skin acetemetifina en la uñudad según sea necesario para su dolor. Esté 500mg no fue aprodabo por el proveedor. ODOC.

SICK CALL

Date Received: _____ Referred To*: _____

Date Answered: _____ Signature of Staff Member: _____

*If forwarded, please notify the AIC

CD 214 (02/2020)



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: DENIS ROEMEN-KRAMER    Date: 4.11.22

State your issue in detail: DENIS uste me dijo que me iban aser examen de sangre para darme un tratamiento para el ongo de mis uñas y el ongo de mi piel tengo ongo en todo mi cuerpo y se esta comiendo la piel me pica mucho el dia 3.18.22 me sacaron sangre para aser los examenes y esta el dia de oy MS. DENIS no me adado una respuesta del medicamento que me ibadar to mado para los ongos espero su contestacion

| AIC Committed Name (first middle last) | SID# | Housing Unit |
|---|---|---|
| Cruz palacios Romero | 23261288 | 9 - 1 B |

Response/Action Taken: Denis you told me that they were going to do a blood test so I can get treatment for the fungus on my nails and the fungus on my skin I have fungus all over my body and it's eating my skin it's really itchy on 3-18-22 they drew my blood to do the exams till this day MS.Denis they haven't given me a response to the medication they were going to give me for the fungus. Waiting for your response

Scheduled for eval at sick call

RECEIVED

APR 12 2022

Date Received: _____    Referred To*: _____

Date Answered: 4/12/22    Signature of Staff Member: HEALTH SERVICES

*If forwarded, please notify the AIC

CD 214 (02/2020)

**OREGON DEPARTMENT F CORRECTIONS**

RECEIVED

**AIC COMMUNICATION FORM**

JAN 3 1 2022

TO: _probedora iRMA·MENDOZA·MONTOYA_ Date: _1·29·22_ HEALTH SERVICES

State your issue in detail: _probedora iRMA tengo ongo en todo mi_
_cuerpo Y en mi caveso se esta comiendo mi piel me_
_pica mucho tengo ongo en las uñas de mis pies ne_
_sesito medicamento para el ongo de la piel Y para el_
_ongo de mis uñas._

Provider Irma, el have fungus in all my
body and my head its eating my skin it is very itchy
its in my fingernails. toe

I need medication for the fungus in my skin and for
my nails.

M. Davalos OSZ

---

**AIC Committed Name (first middle last)** | **SID#** | **Housing Unit**
Cruz palacios ROMERO | 23261288 | 9-1 B

Response/Action Taken: _Gracias por tu comunicacion en esta momento,_
_la atención médica se reduce al tratamiento de necesidades_
_urgentes/emergentes. únicamente. Entendemos que su atención_
_medica es una prioridad para usted y asumiremos ver_
_pacientes tan pronto como las restriccion restricciones lo_
_permitan. Por favor, pruebe la crema antimicotica en la_
_cantimplora, medico está disponible las 24 horas, los 7_
_días de la semana para emergencias_

Date Received: _____    Referred To*: _____

Date Answered: ___1-31-22___    Signature of Staff Member: _____

'If forwarded, please notify the AIC

CD 214 (02/2020)

# NON-EMERGENCY HEALTH CARE REQUEST

palacios - Romero Cruz    28261288    9-27-B    11/13/21
Name                          State ID#           Housing        Date

## Medications:
☐ I have not received my prescription
☐ My prescription is about to expire
☐ My prescription is not helping

## Glasses
☐ Eye exam for glasses
☐ Repair

## Vaccines
☐ Hepatitis A/B
☐ Flu
☐ Pneumonia
☐ Shingles
☐ HIV Test
☐ Hepatitis C Test

## Other Function
☐ BP check
☐ Test result request
☐ Is my appointment still scheduled?
☐ Other issues – not sick:

Health Care request, issue, concern, or sickness:
tengo ongo entodo mi cuerpo se estan comiendo mi piel
Y mepica mucho taubien tengo ongo en las uñas de mis
pies la uña del dedo gordo de mi pies derecho Ya le
conio la mita de mi uña. le nostre mi cuerpo como el ongo se
esta comiendo ni piel doctor pATRICK MANE este dia 10/12/9
Y las uñas de mis pies uste me dijo que me ibadar pomada
los para el ongo del cuerpo o cupo esta pomada
Tolnaflate cream Antifungal

We have taken the following actions in response to your health service request:

☐ You will be scheduled to see: ○Provider    ○Nursing staff

☐ Your request has been forwarded to: ○Manager    ○Optometry   ○Support Services   ○ BHS
                                       ○Pharmacy Technician ○See attached health education handout
Additional Comments: Estas en el llamado de enfermo para
SICK CALL  ver a una enfermera que te evalve.

Responder's Signature: Camper RN    Date: 11·15-21

RECEIVED
NOV 15 2021
HEALTH SERVICES

CD 1738 9/2016



# OREGON DEPARTMENT OF CORRECTIONS

## AIC COMMUNICATION FORM

TO: Rossi, H. Y. A. E Ynon. Cordinadoras   Date: 3.14.2023

State your issue in detail: Yo fui ala libreria Lega asacar Copia de
Kyte 3.3.2023 y del grievance Appeal 7.16.2022
TRCI-2022-07-107 AA para mandarlos con los
grievances. MS. Little y AIC Kenny-KP. senegaron
a sacar las copias. Yo nesesito un documento firmado
que Conprueben que ustedes MS. Ross. H Y MS. A. E Ynon
son Cordinadoras de grievances. TRCI. Sertificadas
como lo requiere el oDOC/ oregon Departamento de
correction, para mostrarlo a la Cordinadora ms Little y
Kenny-KP para que me de las Copias. Para mandarlas a
ustedes Y la pongan Con este grievance

AIC Committed Name (first middle last)
Cruz Palacios Romero

SID#
23261288

Housing Unit
10-3 B

Response/Action Taken:

Date Received: _____  Referred To*: _____

Date Answered: _____  Signature of Staff Member: _____
*If forwarded, please notify the AIC

CD 214 (02/2020)